**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

DONALD H.,

                          Plaintiff,

                                                            5:21-CV-97
            v.                                              (DJS)

KILOLO KIJAKAZI, *Acting Comm'r of Soc. Sec.*,

                          Defendant.

**APPEARANCES:**                          **OF COUNSEL:**

LAW OFFICES OF STEVEN R. DOLSON           STEVEN R. DOLSON, ESQ.
Attorney for Plaintiff
136 North Salina Street, Suite 3B
Syracuse, New York 13202

SOCIAL SECURITY ADMINISTRATION            AMELIA STEWART, ESQ.
Attorney for Defendant
J.F.K. Federal Building, Room 625
15 New Sudbury Street
Boston, Massachusetts 02203

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

The Complaint in this action was filed January 27, 2021.  Dkt. No. 1.  The Court

ordered the matter remanded to the Social Security Administration for further proceedings

based on a Stipulation between the parties.  Dkt. Nos. 17-18.  Plaintiff has now filed a

Motion for Attorneys' Fees under the Equal Access to Justice Act.  Dkt. No. 19.  The

Motion seeks that the fee award be paid directly to counsel.  *Id.*  Defendant does not

oppose the Motion.  Dkt. No. 21.

- 1 -

Based on the foregoing, Plaintiff is awarded attorneys' fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412, *et seq.*) in the amount of $3,469.99.  It is further ordered that payment will be made directly to Plaintiff's attorney pursuant to the agreed upon assignment from Plaintiff.  *See* Dkt. No. 19-4.

**IT IS SO ORDERED**.

Dated: October 15, 2021
        Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge